■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM HICKS, Appellant. — Judgment, Supreme Court, Bronx County (Loguen, J.), rendered on April 28, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Silverman, Bloom and Fein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS M. DE CARO, on Behalf of SILVIO REYNOSO, Appellant, v WARDEN, Respondent. — Judgment, Supreme Court, Bronx County (Hecht, J.), entered on September 16, 1981, unanimously affirmed, without costs and without prejudice to any appropriate application in the criminal action for revision of bail. No opinion. Concur — Kupferman, J. P., Ross, Silverman, Bloom and Fein, JJ.

■ In the Matter of RICHARD DeCESARE, Admitted as RICHARD P. DeCESARE, an Attorney. — Upon the court's own motion the order of this court entered on October 20, 1981 and the opinion *Per Curiam* filed therewith are amended to reflect respondent's admission to practice as an attorney and counselor at law in the State of New York at a term of the Appellate Division, Second Judicial Department, as indicated in the order of this court. Concur — Murphy, P. J., Sandler, Sullivan, Ross and Carro, JJ.